IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| D. WILSON CONSTRUCTION CO. | § § § § § | |
| Plaintiff, | § § | |
| VS. | § § | C.A. NO. 5:23-cv-00062 |
| BALLISTIC PROTECTION GROUP, LLC, | § § § | |
| Defendant. | § | |

**DEFENDANT'S DEMAND FOR ARBITRATION, AND SUBJECT THERETO, ORIGINAL ANSWER AND ORIGINAL COUNTERCLAIM**

TO THE HONORABLE DAVID A. EZRA OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:

NOW COMES BALLISTIC PROTECTION GROUP, LLC and files this its demand for arbitration, pursuant to the parties' written agreement in this cause. Subject thereto, NOW COMES BALLISTIC PROTECTION GROUP, LLC (hereinafter referred to as "Defendant") and would answer as follows:

**For its Answer to the Petition in the above-entitled action, Defendant denies each and everything contained therein except such as maybe expressly admitted, qualified or explained in this Answer and any addendum or amendment thereto.**

**I.**
**DISCOVERY-CONTRO PLAN AND T.R.C.P. RULE 47 CLAIMS FOR RELIEF**

1.      As to Paragraph 1 under Section I of the Petition, Defendant denies having knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 1 of the Petition and, on that basis, denies those allegations.

1

2. As to Paragraph 2 under Section I of the Petition, Defendant denies having knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 2 of the Petition and, on that basis, denies those allegations.

3. As to Paragraph 3 under Section I of the Petition, Defendant denies having knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 3 of the Petition and, on that basis, denies those allegations.

## II.
## PARTIES

4. As to Paragraph 4 under Section II of the Petition, Defendant denies having sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 4 of the Petition and, on that basis, denies those allegations.

5. As to Paragraph 5 under Section II of the Petition, Defendant admits that it is a limited liability company under the laws of the State of Texas; and admits that its registered agent is Paul D. Barkhurst but denies that his address is 711 Navarro, 6th Floor, San Antonio, Texas 78205.

## III.
## JURISDICTION AND VENUE

6. As to Paragraph 6 under Section III of the Petition, Defendant denies having sufficient knowledge or information to form a belief as to the truth of the allegations concerning Plaintiff's claims and, on that basis, denies this allegation.

7. As to Paragraph 7 under Section II of the Petition, Defendant denies having sufficient knowledge or information to form a belief as to the truth of the allegations concerning Plaintiff's claims and, on that basis, denies this allegation. Further, Defendant denies that venue is proper in Bexar County, Texas pursuant to Chapter 15 of the Texas

Civil Practices & Remedies Code.

## IV.
## FACTUAL BACKGROUND

8.   As to Paragraph 8 under Section IV of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 8 under Section IV of the Petition and, on that basis, denies those allegations.

9.   As to Paragraph 9 under Section IV of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 9 under Section IV of the Petition and, on that basis, denies those allegations.

10.   As to Paragraph 10 under Section IV of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 10 under Section IV of the Petition and, on that basis, denies those allegations.

11.   As to Paragraph 11 under Section IV of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 11 under Section IV of the Petition and, on that basis, denies those allegations.

12. As to Paragraph 12 under Section IV of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 12 under Section IV of the Petition and, on that basis, denies those allegations.

13. As to Paragraph 13 under Section IV of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 13 under Section IV of the Petition and, on that basis, denies those allegations.

14. As to Paragraph 14 under Section IV of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 14 under Section IV of the Petition and, on that basis, denies those allegations.

15. As to Paragraph 15 under Section IV of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 15 under Section IV of the Petition and, on that basis, denies those allegations.

**A.     Submittals:**

16. As to Paragraph 16 under Section IV.A of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is

necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 16 under Section IV.A of the Petition and, on that basis, denies those allegations.

17. As to Paragraph 17 under Section IV.A of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 17 under Section IV.A of the Petition and, on that basis, denies those allegations.

18. As to Paragraph 18 under Section IV.A of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 18 under Section IV.A of the Petition and, on that basis, denies those allegations.

**B.    Performance:**

19. As to Paragraph 19 under Section IV.B of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 19 under Section IV.B of the Petition and, on that basis, denies those allegations.

20. As to Paragraph 20 under Section IV.B of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 20 under Section IV.B of the Petition and,

on that basis, denies those allegations.

21. As to Paragraph 21 under Section IV.B of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 21 under Section IV.B of the Petition and, on that basis, denies those allegations.

22. As to Paragraph 22 under Section IV.B of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 22 under Section IV.B of the Petition and, on that basis, denies those allegations.

23. As to Paragraph 23 under Section IV.B of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 23 under Section IV.B of the Petition and, on that basis, denies those allegations.

24. As to Paragraph 24 under Section IV.B of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 24 under Section IV.B of the Petition and, on that basis, denies those allegations.

25. As to Paragraph 25 under Section IV.B of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is

necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 25 under Section IV.B of the Petition and, on that basis, denies those allegations.

26. As to Paragraph 26 under Section IV.B of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 26 under Section IV.B of the Petition and, on that basis, denies those allegations.

27. As to Paragraph 27 under Section IV.B of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 27 under Section IV.B of the Petition and, on that basis, denies those allegations.

28. As to Paragraph 28 under Section IV.B of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 28 under Section IV.B of the Petition and, on that basis, denies those allegations.

29. As to Paragraph 29 under Section IV.B of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 29 under Section IV.B of the Petition and, on that basis, denies those allegations.

30. As to Paragraph 30 under Section IV.B of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 30 under Section IV.B of the Petition and, on that basis, denies those allegations.

31. As to Paragraph 31 under Section IV.B of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 31 under Section IV.B of the Petition and, on that basis, denies those allegations.

32. As to Paragraph 32 under Section IV.B of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 32 under Section IV.B of the Petition and, on that basis, denies those allegations.

33. As to Paragraph 33 under Section IV.B of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 33 under Section IV.B of the Petition and, on that basis, denies those allegations.

A. Blast Calculations/ATFP Certifications:

34. As to Paragraph 34 under Section IV.D of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is

necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 34 under Section IV.D of the Petition and, on that basis, denies those allegations.

35. As to Paragraph 35 under Section IV.D of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 35 under Section IV.D of the Petition and, on that basis, denies those allegations.

## V.
## CAUSE OF ACTION
## COUNT 1: BREACH OF CONTRACT AND
## REQUEST FOR SPECIFIC PERFORMANCE

36. As to Paragraph 36 under Section V. Count 1 of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 36 under Section V. Count 1 of the Petition and, on that basis, denies those allegations.

37 As to Paragraph 37 under Section V. Count 1 of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 37 under Section V. Count 1 of the Petition and, on that basis, denies those allegations.

38. As to Paragraph 38 under Section V. Count 1 of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief

as to the allegations contained in Paragraph 38 under Section V. Count 1 of the Petition and, on that basis, denies those allegations.

39       As to Paragraph 39 under Section V. Count 1 of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 39 under Section V. Count 1 of the Petition and, on that basis, denies those allegations.

40.      As to Paragraph 40 under Section V. Count 1 of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 40 under Section V. Count 1 of the Petition and, on that basis, denies those allegations.

41.      As to Paragraph 41 under Section V. Count 1 of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 41 under Section V. Count 1 of the Petition and, on that basis, denies those allegations.

42.      As to Paragraph 42 under Section V. Count 1 of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 42 under Section V. Count 1 of the Petition and, on that basis, denies those allegations.

43.      As to Paragraph 43 under Section V. Count 1 of the Petition, it contains

conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 43 under Section V. Count 1 of the Petition and, on that basis, denies those allegations.

**COUNT 2: BREACH OF CONTRACT AND REQUEST FOR COMPENDATION FOR DELAY, LIQUIDATED DDAMAGES AND ACTUAL DAMAGES**

44. As to Paragraph 44 under Section V. Count 2 of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 44 under Section V. Count 1 of the Petition and, on that basis, denies those allegations.

45. As to Paragraph 45 under Section V. Count 2 of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 45 under Section V. Count 1 of the Petition and, on that basis, denies those allegations.

46. As to Paragraph 46 under Section V. Count 2 of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 46 under Section V. Count 1 of the Petition and, on that basis, denies those allegations.

47. As to Paragraph 47 under Section V. Count 2 of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief

as to the allegations contained in Paragraph 447under Section V. Count 1 of the Petition and, on that basis, denies those allegations.

48.     As to Paragraph 44 under Section V. Count 2 of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 48 under Section V. Count 1 of the Petition and, on that basis, denies those allegations.

49.     As to Paragraph 44 under Section V. Count 2 of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 49 under Section V. Count 1 of the Petition and, on that basis, denies those allegations.

50.     As to Paragraph 50 under Section V. Count 2 of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 50 under Section V. Count 1 of the Petition and, on that basis, denies those allegations.

51.     As to Paragraph 51 under Section V. Count 2 of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 51 under Section V. Count 1 of the Petition and, on that basis, denies those allegations.

## VII.
## T.R.C.P. 193.7 DISCOVERY NOTICE

52.     As to Paragraph 52 under Section VII of the Petition, it contains conclusions of law to which Defendant is not required to admit or deny. If a response is necessary, Defendant denies having sufficient knowledge or information to form a belief as to the allegations contained in Paragraph 44 under Section V. Count 1 of the Petition and, on that basis, denies those allegations.

## VIII.
## PRAYER

53.     As to Paragraph VIII, the "Prayer" of the Petition, it need not be admitted or denied. However, to the extent a response is necessary, Defendant denies each and every allegation contained therein, namely, the allegations and any and all relief requested in the "Prayer for Relief" including paragraphs (a)(a-c), (b), (c), (d), (e), (f) and (g).

## IX.
## DEFENDANT'S ORIGINAL COUNTERCLAIM

54.     Defendant BALLISTIC PROTECTION GROUP, LLC., now acting as Counter-Plaintiff against Counter-Defendant D. WILSON CONSTRUCTION CO., and for cause of action respectfully shows unto the Court, by way of Counterclaim, which is expressly subject to its demand for arbitration, as follows:

## X.
## DISCOVERY

55.     Discovery should be conducted pursuant to the Federal Rules of Civil Procedure.

## XI.
## JURISDICTION AND VENUE

56. This Court has jurisdiction of Counter-Plaintiff and Counter-Defendant and Venue is proper in the Western District of Texas.

## XII.
## PARTIES

57. Counter-Plaintiff has appeared and are represented by undersigned counsel.

58. Counter-Defendant has also appeared and may be served via its counsel of record.

## XIII.
## FACTS

59. The parties entered into a contract for glass and glazing at Joint Base San Antonio (JBSA) Fort Sam Houston B2263 ("the project"), Texas on or about February 13, 2019. Counter-Plaintiff performed construction work in a good and workmanlike manner, and should have been paid for the work performed and materials used and installed on the project. Counter-Defendant has failed to pay for such.

## XIV.
## FIRST CAUSE OF ACTION:
## BREACH OF CONTRACT

60. Counter-Plaintiff realleges the facts stated hereinabove as though said paragraphs were set forth herein verbatim.

61. Counter-Defendant's conduct as set forth herein constitutes the breach of a written contract with Counter-Plaintiff which has caused Counter-Plaintiff to sustain actual damages in an amount within the jurisdictional limits of this court. Accordingly, Counter-Defendant is liable for the actual damages for which Counter-Plaintiff hereby sues.

62. Counter-Plaintiff also seeks its reasonable and necessary attorney's fees for such breach of contract.

## XV.
## SECOND CAUSE OF ACTION:
## UNJUST ENRICHMENT

63. Counter-Plaintiff realleges the facts stated hereinabove as though said paragraphs were set forth herein verbatim.

64. Pleading in the alternative and without limitation, Counter-Plaintiff is entitled to damages for Counter-Defendant's unjust enrichment. Counter-Defendant has received the benefit of the bargain from Counter-Plaintiff's goods and services in constructing the project for which benefit was conferred upon Counter-Defendant.

65. Counter-Plaintiff hereby sues for the value of the amount that Counter-Defendant has been unjustly enriched, within the jurisdictional limits of this Court.

## XVI.
## THIRD CAUSE OF ACTION:
## QUANTUM MERUIT

66. Counter-Plaintiff reallege the facts stated hereinabove as though said paragraphs were set forth herein verbatim.

67. Pleading in the alternative and without limitation, Counter-Plaintiff is entitled to be paid for services performed and materials used. Counter-Plaintiff furnished valuable goods and services to Counter-Defendant, which Counter-Defendant accepted. The goods and services were accepted by Counter-Defendant under such circumstances that Counter-Defendant was reasonably notified that Counter-Plaintiff expected to be paid by Counter-Defendant for such goods (materials) and services.

68. Counter-Plaintiff hereby sues for the value of the work performed and goods/materials received by Counter-Defendant, within the jurisdictional limits of this Court.

### XVII.
### THIRD CAUSE OF ACTION:
### CONSTRUCTIVE TRUST

69. Counter-Plaintiff realleges the facts stated hereinabove as though said paragraphs were set forth herein verbatim.

70. Pleading in the alternative and without limitation, Counter-Plaintiff is entitled to the imposition of a constructive trust over all money, goods and services which Counter-Defendant has wrongfully taken, converted or withheld from Counter-Plaintiff.

71. Counter-Plaintiff hereby petitions for the imposition of a constructive trust over all property wrongfully obtained or held by Counter-Defendant or otherwise derived from the fruits of Counter-Defendant's wrongful conduct.

### XVIII.
### ATTORNEY'S FEES

72. As a direct result of the actions and/or omissions of Counter-Defendant as described above, Counter-Plaintiff has found it necessary to retain undersigned counsel to assist in bringing this action on its behalf. Counter-Plaintiff can recover its attorney's fees and costs from Defendant, since recovery is under a written contract.

### XIX.
### ALTERNATIVE PLEADING

73. Allegations in this pleading are made in the alternative.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Defendant, BALLISTIC PROTECTION GROUP, LLC, acting also as Counter-Plaintiff against Counter-Defendant, D. WILSON CONSTRUCTION CO., respectfully requests that upon final trial and hearing hereon:

1. A take nothing judgment be entered against Plaintiff/Counter-Defendant, D. WILSON CONSTRUCTION CO.;

2. That Counter-Plaintiff recover its actual damages, prejudgment and post-judgment interest, court costs, and reasonable and necessary attorney's fees against Counter-Defendant, as alleged herein;

3. That Defendant recover his reasonable and necessary attorney's fees against Plaintiff; and

4. That Defendant and Counter-Plaintiff have such other and further relief, general and special, at law and in equity to which it is justly entitled.

DATED: February 16, 2023

Respectfully submitted,

BARKHURST & HINOJOSA, P.C.

　　　*/s/ Paul D. Barkhurst*　　　
PAUL D. BARKHURST
State Bar No. 00790266
pbarkhurst@bhlawpc.com - E-Mail
JOE R. HINOJOSA
State Bar No. 24007368
jhinojosa@bhlawpc.com - E-Mail
11107 Wurzbach Road, Suite 701
San Antonio, Texas 78230
(210) 226-7800 - Telephone
(210) 226-7802 – Facsimile

**ATTORNEYS FOR DEFENDANT/
COUNTER-PLAINTIFF,
BALLISTIC PROTECTION GROUP, LLC**

**CERTIFICATE OF SERVICE**

      I certify hereby that on the 16TH day of February, 2023, I served a true and correct copy of the foregoing by Electronic Service Transmission using the EM/ECF system, E-mail and/or United States First Class Mail, postage prepaid, addressed to the following counsel of record:

Mr. Johnathan M. Bailey
jbailey@baileyandbaileypc.com – E-mail
Mr. Christopher G. Burwell
cburwell@baileyandbaileypc.com – E-mail
BAILEY & BAILEY, P.C.
230 Pereida Street
San Antonio, Texas 78210-1145
***Attorneys for Plaintiff***

                                        */s/ Paul D. Barkhurst*
                                    PAUL D. BARKHURST