UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| D. Wilson Construction Company | § | No. 5:23-cv-62-DAE |
| Plaintiff, | § | |
| vs. | § | |
| Ballistic Protection Group, LLC, | § | |
| Defendant. | § | |

ORDER GRANTING JOINT MOTION TO COMPEL ARBITRATION AND ADMINISTRATIVELY CLOSING CASE

This court, having considered the Parties' Joint Motion to Stay and Compel Arbitration, is of the opinion that the Motion should be granted. It is, therefore, **ORDERED** that the Motion to Stay Proceedings Subject to Arbitration Award is **GRANTED**.

The case is hereby **ADMINISTRATIVELY CLOSED** as indicated above pending completion of arbitration. All deadlines in this case are **STAYED** and settings in this case are **CANCELLED**.

**IT IS SO ORDERED.**

**DATED:** San Antonio, Texas, November 27, 2023.

_____
David Alan Ezra
Senior United States District Judge